**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-2415**

───────────

JAMES MARTIN; JUAN WILKINS,

                                    Plaintiffs - Appellants,

        versus

LEON BLACK, Detective, Prince William County
Police Department,

                                    Defendant - Appellee,

        and

TRAVELERS INSURANCE COMPANY; CHRISTOPHER DOYLE
CARNEY; PAUL DENVER, The Travelers Insurance
Company; SHERRY BURDETTE, The Travelers In-
surance Company,

                                    Defendants.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-99-1673-A)

───────────

Submitted: March 8, 2001          Decided: March 15, 2001

───────────

Before MOTZ, TRAXLER, and KING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

John M. DiJoseph, KAVRUKOV, MEHROTRA & DIJOSEPH, Arlington, Virginia, for Appellants. Sharon E. Pandak, County Attorney, Ross G. Horton, Senior Assistant County Attorney, Prince William, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Martin and Juan Wilkins appeal the district court's order granting summary judgment in favor of Detective Leon Black, the Defendant in this civil action. We have reviewed the record and the district court's opinion rendered from the bench and find no reversible error. Accordingly, we affirm on the reasoning of the district court, specifically, that Black was entitled to qualified immunity because his arrest of Martin and Wilkins was supported by probable cause, notwithstanding the ultimate dismissal of the charges after trial. Martin v. Black, No. CA-99-1673-A (E.D. Va. filed Sept. 29, 2000; entered Oct. 2, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2